Revision 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____Macon_____ DIVISION

RECEIVED
CLERK'S OFFICE
2014 FEB 21  AM 8:32
MIDDLE DISTRICT GEORGIA
MACON, GEORGIA

QUESTIONNAIRE FOR PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. §1983

Mitchell Laverne Ludy
#1234896

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

Cynthia Nelson, Tom Gramiak
Walter Berry, Mable Chaney
Norman Brockway, Danny Horn
Sheronda Fields,
(NAME OF EACH DEFENDANT)

Defendant(s)

NO. **5:14-CV-073**

Demand for Jury Trial

## I. GENERAL INFORMATION

1. Your full name and prison number  Mitchell Ludy #1234896
2. Name and location of prison where you are now confined  Dooly State Prison 1412 Plunkett Road, P.O. Box 750 Unadilla Georgia
3. Sentence you are now serving (how long?) Life, pluse five (5) years
   (a) What were you convicted of? Murder, Aggeravated Assault Weapon Possession
   (b) Name and location of court which imposed sentence Clayton County Superior Court Georgia
   (c) When was sentence imposed? November 27, 2006
   (d) Did you appeal your sentence and/or conviction?  ☑ Yes  ☐ No
   (e) What was the result of your appeal? Affirmed in Part, March 17, 2008
   (f) Approximate date your sentence will be completed Natural Life

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the <u>SAME FACTS</u> involved in this lawsuit or otherwise related to your imprisonment?  ☒ Yes  ☐ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
   Plaintiff(s): Mitchell Ludy

   Defendant(s): Victor Hill

   (b) Name of Court: United States District Court North Ga.
   (c) Docket Number: 1:6CV1424   When did you file this lawsuit? 6-13-2006
   (d) Name of judge assigned to case: Marvine H. Shoob
   (e) Is this case still pending  ☐ Yes  ☒ No
   (f) If your answer to (e) is "No," when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?) Dismissed

6. Have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with <u>facts OTHER THAN</u> those involved in this lawsuit?  ☒ Yes  ☐ No

7. If your answer to question 6. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
   Plaintiff(s): Mitchell Ludy
   Defendant(s): Victor Hill
   (b) Name of Court: Clayton County Superior Court
   (c) Docket Number: 2005-CV829-6   When did you file this lawsuit? 1-15-2005

(d) Name of judge assigned to case: **Stephen E. Boswell**

(e) Is this case still pending ☐ Yes ☑ No

(f) If your answer to (e) is "No," when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?) **Dismissed**

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? ☑ Yes ☐ No

If your answer is Yes, state the name of the court and docket number as to each case:

**Middle District Court Georgia**          **5:13-CV-00353**

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? **Dooly State Prison, 1412 Plunkett Road, Unadilla Ga 31091**

(a) Does this institution have a grievance procedure? ☑ Yes ☐ No

(b) If your answer to question 9(a) is "Yes," answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
☑ Yes ☐ No

(2) If Yes, what was the result? **Denied**

(3) If No, explain why not:

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

I spoke to Defendant(s) Berry and Norman Brockway and gave notice to both Defendant(s) on January 4th 2013 that I wanted to observe Passover.

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?    ☑ Yes    ☐ No

    (1) If Yes, to whom did you appeal and what was the result? Inmate Affairs Shavondah Fields

    (2) If No, explain why you did not appeal:

10. In what other institutions have you been confined? Give dates of entry and exit.

Tailfair State Prison       2007-2007
Macon State Prison         2007-2010
Hays State Prison          2010-2010
Coffee Correctional        2010-2011
Wheeler Correctional       2011-2012

### IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Dooly State Prison, 1412 Plunkett Road, P.O. Box 750 Unadilla Georgia 31091

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Cynthia Nelson, Field Operation Manager, Dept. of Correction Ga.
Tom Greaniak, Warden, Dooly State Prison
Walter Berry, Deputy Warden, Dooly State Prison
Mable Chaney, Deputy Warden, Dooly State Prison
Danny Horn, Ga. Dept. of Correction Chaplaincy Dept.
Norman Brockway, Dooly State Prison Chaplain

1 of 2

Defendant(s) in this lawsuit

Sherondah fields, Ga. Dept. of Correction Inmate Affairs.

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? **Dooly State Prison**

WHEN do you allege this incident took place? **January 9th 2013**

WHAT happened? **On January 9, 2013, I told the Deputy Warden of Care and Treatment, Mr. Berry and Chaplain Norman, at Dooly State Prison that I desired to observe Passover which is a Jewish Hebrew Israelite Holyday. I, also, explained to them at that time that I am a Hebrew Israelite and a sincere devoted practitioner of the Hebrew Israelite Religion and, also, that observing Passover is an essential tenet of My Religion. Further into my conversation with Defendant(s) Berry and Norman, I described in detail to them what the observation of Passover entails, to wit: Passover begins March 26th 2013 and it is a commemoration of the liberation of the Hebrew Israelites from bondage in Egypt. The proscription against eating, possessing or working with any leavened foods during the entire eight-day Holy day, which includes bread, pasta, grains and anything that is not Kosher for Passover. Therefore arrangements must be made so that substituted foods are provided (i.e.**

1 of 3

Matzah in place of Bread). And I needed to order non-refrigerated meals, Matzah, Cookies, grape Juice and Chips. (All Kosher-for-Passover). None of these observational requirements of Passover poses a threat to the security at Dooly State Prison, nor do they impose any substantial finacial burden on the prison's administration. On January 21, 2013, I was told by the Chaplain at Dooly State Prison, Norman Brockway, that I would not be allowed to observe Passover. Also, on Febuary 15, 2013, I was told by Defendant Norman Brockway that Warden Tom Gramiak would not allow me to observe Passover. Defendant Brockway's reason for denying me to observe Passover was because Defendant's Berry and Gramiak said that I could not. Before filing my grievance complaint, I used a Inmate Concern Complaint form and Counselor Darryl Mortimer worked the complaint. Counselor Darryl Mortimer first responds to me was that, he found that I was not a Jewish Inmate and after conversing with Counselor Mortimer he decided to look futher into my file. Counselor Mortimer second Responds to me was that "It was found that I am a Jewish inmate, but because I was housed in J-1 Security Unit Chief Counselor Mable Chaney said that I would not be able to observe Passover. Defendant Mable Chaney, later put out a memo stating that Muslims that was housed in J-1 Security Unit could observe their religious Holy Month fast while housed in J-1 Security Unit. Defendant Shevondah Fields of Inmate Affairs responded to my grievance stating that I was not being denied my observance of Passover from the Investigation that that she conducted. I spoke with Defendant Cynthia Nelson on March 25, 2013 and she asked me when did I convert to being Jewish and I explained to Defendant Nelson that

2 of 3

I was Raised Jewish and desired to observe my Holydays of Passover. I was clearly denied by the above Defendant(s) and was not allowed to observe Passover. There are no Reasonable alternative Means of Religious exercise open to me to observe Passover. At all times Relative to this Cause of action, the defendant's are being sued in their official and individuals Capacities. The actions of these Defendant's are the direct and proximate Cause of my Religious persecution, Mental and emotional distress.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Warden J.D. Medlin, Wheeler Correctional Facility
Shaun Wilson (Indiana) spoke with Chaplain + others
Benard Greene (California) spoke with Chaplain + others
Michael Lynch (California) spoke with Chaplain + Warden
Jeff Gleiberman (North Carolina) spoke with Chaplain and is Vendor   1 of 2

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I issue a declaratory Judgment stating that:
The Religious persecution, mental and emotional distress abuse of the Plaintiff by defendant(s) Cynthia Nelson, Tom Gramiak, Walter Berry, Mable Chaney, Norman Brockway, Danny Horn and Shevondah Fields violated the Plaintiff's Right under the First Amendment to the United States Constitution and the Constitution of Georgia State Law   1 of 2

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 15 day of January, 2014.

Mitchell Lucky
PLAINTIFF

# Witness List

Tracey Perkins (Columbus Ga) Purchased Passover meal and picked meals up from DSP that was rejected.

Rabbi Menachem M. Katz, (Florida) Aleph Institute is over the Jewish Prison Ministries.

Sgt. Phelp, Inventor property and Passover Meal upon arrival at Dooly State Prison.

Benlico Hester #801212 (Hebrew Israelite) witness to Passover
Roger Day #566319 (Muslim) witness to observance
Lawrence Smalls (Savannah) (Hebrew Israelite) witness conversation
Jerry Howren #558252, witness conversation with Warden
Darryl Mortimer, Dooly State Prison. Worked inmate concerns
Counselor Thomas Dooly State Prison Witness Conversation

Relief Plaintiff is seeking in lawsuit

Award Compensatory damages in the following amount: 1,600.000.00 Jointly and severally against defendant(s) Cynthia Nelson, Tom Gramiak, Walter Berry, Mable Chancey, Norman Brockway, Danny Horn and Shevonolah Fields, for the Religious persecution, mental and emotional distress sustained as a result of Plaintiff denial of Passover.

Award Punitive damages in the amount of: $80,000.00 each against defendant's Cynthia Nelson, Tom Gramiak, Walter Berry, Mable Chancey, Norman Brockway, Danny Horn and Shevonolah Fields.

Reimburstment for Passover Meals that was Rejected by Tom Gramiak, Also, that I be granted insJunctive Relief by being allowed to observe Passover. I bring this lawsuit against the defendant(s) in their official capacities and their individual capacities.