IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MITCHELL LAVERN LUDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 5:14-CV-73 (MTT) |
| | ) |
| CYNTHIA NELSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

United States Magistrate Judge Charles H. Weigle recommends that the Plaintiff's motion for reconsideration (Doc. 123) and amended motion for reconsideration (Doc. 138) be denied. (Doc. 153 at 13). The Plaintiff has not filed an objection to the Recommendation; however, rather than ruling on the Recommendation, the Court has independently considered the merits of the motions. The Court concludes that the Plaintiff has failed to show that the Magistrate Judge's order on the Plaintiff's motion to compel is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A). Accordingly, the Plaintiff's motions (Docs. 123; 138) are **DENIED**. The Recommendation is moot.

**SO ORDERED**, this 5th day of February, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT